IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boston, Marilyn M

Printed: 10/7/08

Case Number: 08 B 02359
Judge: Hollis, Pamela S
Filed: 2/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 11, 2008
Confirmed: June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,670.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,674.20 |
| Trustee Fee: |  | 120.19 |
| Other Funds: |  | 1,815.61 |
| Totals: | 3,670.00 | 3,670.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,674.20 | 1,674.20 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 60.00 |
| 5. | Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,998.53 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 1,234.10 | 0.00 |
| 8. | Seventh Avenue | Unsecured | 162.80 | 0.00 |
| 9. | Ginny's | Unsecured | 139.01 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 62.04 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 98.79 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 70.79 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 491.84 | 0.00 |
| 14. | Midnight Velvet | Unsecured | 147.90 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 589.19 | 0.00 |
| 16. | Comcast Digital Phone | Unsecured |  | No Claim Filed |
| 17. | Ameritech | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 20. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 21. | QVC | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,669.19 | $ 1,734.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boston, Marilyn M

Printed: 10/7/08

Case Number: 08 B 02359
Judge: Hollis, Pamela S
Filed: 2/1/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1.71 |
| 6.5% | 118.48 |
| | _____ |
| | $ 120.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

